ACCEPTED
14-14-00825-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/4/2015 2:29:02 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00825-CV

**IN THE COURT OF APPEALS**
**FOURTEENTH JUDICIAL DISTRICT**
**at Houston, Texas**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/4/2015 2:29:02 PM
CHRISTOPHER A. PRINE
Clerk

**INWOOD FOREST COMMUNITY ASSOCIATION,**
**Appellants**

v.

**TOAN VAN NGUYEN, ET AL,**
**Appellees**

---

**FROM THE 165TH JUDICIAL DISTRICT**
**OF HARRIS COUNTY, TEXAS**
**HON. ELIZABETH RAY**

---

**APPELLEES' JOINT SECOND UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE APPELLEES' BRIEF**

---

Susan C. Norman
Attorney at Law
State Bar Number 15083020
P.O. Box 52518
Houston, Texas 77052
713-882-2066
281-605-1822 (Fax)
suenorman@suenormanlaw.com
Attorney for Appellees,
Alma Jean Dooling, et al

Sandra Roach Godfrey
Attorney at Law
TBN: 24009079
P. O. Box 6065
Katy, Texas 77491
Phone: 713-963-9600
Fax: 713-481-8458
sandragodfrey@msattys.net
Attorney for Appellee
Elio Arce

ORAL ARGUMENT REQUESTED

**TO THE HONORABLE JUSTICES OF THE COURT:**

Come now, Appellee Arce and Appellees Dooling, et al, who jointly file this second unopposed motion to extend time to file the brief of Appellees and would respectfully show the Court as follows:

## I. MOTION IS UNOPPOSED

1.      Appellant does not oppose this motion, having requested and been granted, extensions, for reasons including that the Clerk's Record was incomplete. The Clerk's Record is still incomplete; multiple documents timely requested by Appellees were not included in Clerk' Records filed. Appellees' counsel has been in communication with the Clerk's office regarding the record and items to be included.

2.      The brief of Appellees Arce and of Dooling, et al, is due in this Court on May 4, 2015.

3.      Appellees jointly seek a thirty-day extension of time until June 3, 2014, to file Appellees, Arce and Dooling, et al, Appellees' Brief.

4.      The following grounds show good cause for an extension of time to file Appellees' brief. Appellees would show that in addition to the foregoing matters in connection with this appeal, Appellee, Arce's, counsel has been or is presently involved in the following matters:

    a.      Preparation for and appearance for trial set for May 4, 2015, in Cause No. 14-CV-0930; 3G Fishing Charters, LLC vs. GYB Investors LLC; In the 56th District Court of Galveston County, Texas; total thirty-five (35) witnesses

with depositions being taken in early March, and three experts, with expert depositions taken week of March 24-27; Mediation took place on May 1, 2015, case did not settle; case re-set on May 4, 2015, for trial after discovery matters required new expert depositions.

b. Coordinating plaintiff's representation with local Boston counsel in CA No. 13-2528A; Bernard Maloof, et al vs. Maryanne Deveau, in Commonwealth of Massachusetts, Suffolk Superior Court; coordinating depositions and mediation.

5. Counsel for Dooling, et al, has been assisting with preparation of 3G Fishing Charters matter.

7. This motion for extension of time is not filed for the purpose of delay, but to allow counsel adequate time to prepare Appellees' Brief.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellee Elio Arce and Appellees Dooling, et al, respectfully request that the deadline for filing Appellees' Brief be extended to and including June 3, 2015.

Respectfully submitted,

| | |
|---|---|
| _/S/ Susan C. Norman_ | _/S/ Sandra Roach Godfrey_ |
| Susan C. Norman | Sandra Roach Godfrey |
| Attorney at Law | Attorney at Law |
| State Bar Number 15083020 | TBN: 24009079 |
| P.O. Box 52518 | P. O. Box 6065 |
| Houston, Texas 77052 | Katy, Texas 77491 |
| 713-882-2066 | Phone: 713-963-9600 |
| 281-605-1822 (Fax) | Fax: 713-481-8458 |
| suenorman@suenormanlaw.com | sandragodfrey@msattys.net |
| Attorney for Appellees, | Attorney for Appellee |
| Alma Jean Dooling, et al | Elio Arce |

3

**CERTIFICATE OF CONFERENCE**

In accordance with Rule 10.1 of the Texas Rules of Appellate Procedure, I certify that I spoke with or communicated with opposing counsel for Appellant, regarding this motion, and he is unopposed, and counsel for other Appellees are unopposed.

*/S/ Susan C. Norman*


**CERTIFICATE OF COMPLIANCE**

I hereby certify that Appellant the word count in this document is 373 words and it complies with the Texas Rules of Appellate Procedure. This motion is not a brief.

*/S/ Susan C. Norman*


**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that this document has been served on the following lead counsel on May 4, 2015, pursuant to Rule 9.5, Texas Rules of Appellate Procedure in the manner set forth below:

| | |
|---|---|
| Dylan B. Russell | Sandra Roach Godfrey |
| Hoover Slovacek | The Godfrey Law Firm |
| Counsel for Plaintiff | Counsel for Elio Arce |
| via email to russell@hooverslovacek.com | to sandragodfrey@msattys.net |
| | |
| Steven D. Poock | Thomas Sanders |
| Attorney at Law | Attorney at Law |
| Counsel for Robert Burchfield | Counsel for Dorothy Burchfield |
| via email to spoock@juno.com | via email to tcsanders76@windstream.net |

*/S/ Susan C. Norman*
Susan C. Norman